UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARSENE McFADDEN, | No. 2:21-cv-2411 DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendant. | |

Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. However, plaintiff has not paid the filing fee or made the required showing to proceed in forma pauperis.

On January 10, 2022, plaintiff was granted thirty days to pay the filing fee in full or to submit an application to proceed in forma pauperis. On January 31, 2002, plaintiff filed a "request to waive court fees" on a form for the Superior Courts of California. (ECF No. 5.) However, plaintiff has not submitted the correct form for this court. The correct form for this court contains a certificate that must be completed by plaintiff's institution of incarceration. Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit a completed in forma pauperis application and a certified copy of his inmate trust account statement.

In accordance with the above, IT IS HEREBY ORDERED:

1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  February 14, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB
mcfa2411.3c+.new