UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARSENE MCFADDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN C. NEWSOME, et al.,<br><br>    Defendants. | No. 2:21-cv-02411 DAD DB P<br><br>FINDINGS & RECOMMENDATIONS |

    By order served on September 8, 2022, the court dismissed plaintiff's amended complaint and granted thirty days leave to file a further amended complaint. The time period granted for filing a further amended complaint has expired and plaintiff has not filed a further amended complaint or otherwise responded to the court's order. Although plaintiff's copy of the order served by mail was returned undelivered, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at a party's record address is fully effective.

    For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with

1

the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 13, 2022

DLB7
mcfa2411.fta.nca

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2