UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARSENE MCFADDEN,<br><br>                Plaintiff,<br><br>        v.<br><br>GAVIN NEWSOM, et al.,<br><br>                Defendants. | No.  2:21-cv-02411-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 15) |

      Plaintiff Karsene McFadden is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 14, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to obey a court order. (Doc. No. 15.)  In particular, on September 8, 2022, the court screened plaintiff's second amended complaint and determined that plaintiff had failed to state a cognizable claim for relief, and the court directed plaintiff to file a third amended complaint, a notice of voluntary dismissal, or a notice of his intention to proceed on his second

/////

/////

amended complaint. (Doc. No. 13 at 7.)[1] Plaintiff did not file an amended complaint or otherwise communicate with the court. The pending findings and recommendations were served on plaintiff at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 15 at 1–2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 14, 2022 (Doc. No. 15) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey a court order; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 2, 2022**　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The service copy of the court's screening order was mailed to plaintiff at his address of record and was returned to the court marked as "Undeliverable, Not in Custody." Thus, plaintiff was required to file a notice of his change of address with the court no later than November 28, 2022. To date, plaintiff has not filed a notice of his change of address or otherwise communicated with the court.

[2] The service copy of the findings and recommendations, which was mailed to plaintiff at his address of record, was also returned to the court marked as "Undeliverable, Return to Sender."